# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SURGENOR | : | Case No. 1:16-cv-1179 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen Litkovitz |
| GARY MOORE, *et al.*, | : | |
| Defendants | : | |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 88)
# AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 25, 2019, submitted a Report and Recommendation. (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

1

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore denies Plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

3. The Clerk shall enter judgment accordingly, whereupon this case is terminated and closed in this Court.

   **IT IS SO ORDERED**.

Date:  December 30, 2019                                         *s/ Timothy S. Black*
                                                                Timothy S. Black
                                                                United States District Judge